UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:21-CR-00171-D-1

UNITED STATES OF AMERICA

v.                                                    ORDER

SHIIQUAN NASIR ANDERSON

This matter having come before the Court by the Defendant's motion for an order sealing

the proposed sealed document, D.E. 45, and for good cause shown, the motion is GRANTED. It

is hereby ORDERED that the proposed sealed document at D.E. 45 remain under seal.

This 22 day of ___June___, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRCT JUDGE