UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:21-CR-00171-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SHIIQUAN NASIR ANDERSON | |

This matter having come before the Court by the Defendant's motion for an order sealing the proposed sealed document, D.E. 49, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the proposed sealed document at D.E. 49 remain under seal.

This _22_ day of _June_, 2022.

_[signature]_
JAMES C. DEVER, III
UNITED STATES DISTRCT JUDGE